**United States Bankruptcy Court**

**Northern District of Illinois**

| | |
|---|---|
| **IN RE:** | Case No. 10-44881 |
| Lungu, Daniel S | Chapter 7 |
| Debtor(s) | |

## NOTICE OF MOTION

To: see attached service list attached to certificate of service

    PLEASE TAKE NOTICE that on April 10, 2012 at the hour of 10 AM or as soon thereafter as counsel may be heard, I shall appear before the Hon. Judge Susan Pierson Sonderby or any judge sitting in her place and stead in courtroom number 642 of the United States bankruptcy court located at 219 S. Dearborn St., Chicago, IL 60604, and I shall then and there present the attached motion to reopen the within chapter 7 case and for other relief, at which time and place you may appear if you so desire.

    Daniel S. Lungu

    By:/s/ *Milton A. Tornheim*

    Debtor attorney

Milton A Tornheim

555 Skokie Blvd.-Suite 500

Northbrook, IL 60062

(847) 897-5716

ARDC # 2847361

**United States Bankruptcy Court**

**Northern District of Illinois**

**IN RE:**  Case No. <u>10-44881</u>

Lungu, Daniel S  Chapter <u>7</u>

Debtor(s)

## MOTION TO REOPEN CHAPTER 7 AND TO WAIVE REOPENING FEE

NOW COMES the debtor, by Milton A Tornheim, his attorney, and represents unto the court as follows:

1. On March 21, 2011 this Court entered an order closing the within chapter 7 case without a discharge because the debtor failed to file an official form 23 demonstrating a completion of the course concerning personal financial management.

2. The debtor completed a course on instructional personal financial management provided by the Institute for Financial Literacy, Inc. on March 29, 2012. See attached certificate of counseling.

WHEREFORE, debtor prays that the within chapter 7 case be reopened for the purpose of the filing of an official form 23 demonstrating a completion of the course concerning personal financial management in order to receive a discharge and for such other and different relief as this Court may deem reasonable and proper.

Daniel S. Lungu

By: */S/Milton a Tornheim*

Debtor's attorney

Milton A. Tornheim

555 Skokie Blvd.-Suite 500

Northbrook, IL 60062

(847) 897-5716

ARDC # 2847361